HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-has@cpdb.com,
          ef-cpm@cpdb.com

Attorneys for Plaintiff
RuSPORT, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RuSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN WILSON PLC, a company registered in England; and JUSTIN WILSON, an individual,<br><br>Defendants. | Case No. CV-08 0734<br><br>NOTICE OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ADMINISTRATION MOTION TO FILE UNDER SEAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5(b), plaintiff RuSport, Inc. ("plaintiff") moves the Court to permit plaintiff to file Exhibit A to plaintiff's complaint under seal. This motion is based upon the Memorandum of Points and Authorities filed in support hereof and the Declaration of Howard A. Slavitt filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff RuSport, Inc. submits this motion under Civil Local Rules 7-11 and 79-5 to file a document under seal in connection with RuSport's complaint. RuSport makes this motion to maintain the confidentiality of a document attached as Exhibit A to its complaint ("Exhibit A"). Exhibit A is a contract that the parties therein have agreed is confidential. This motion is narrowly tailored as required under Local Rule 79-5(b), and there is therefore good cause for filing Exhibit A under seal.

## BRIEF STATEMENT OF FACTS

Contemporaneously herewith, plaintiff is filing its complaint against defendants Justin Wilson, plc, and Justin Wilson (collectively "defendants") for breach of contract. In Paragraph 8 of the complaint, plaintiff incorporates Exhibit A into the complaint. Exhibit A is a racing services agreement between plaintiff and defendants. The agreement states its terms are confidential and that they shall not be disclosed to third parties.

Plaintiff now seeks to enforce its rights under the agreement by filing suit against defendants. In order to maintain the confidentiality of the agreement, plaintiff is filing its complaint, and has conditionally filed Exhibit A under seal.

## ARGUMENT

The Court may seal a document after a party demonstrates "good cause" that revealing the document to the public would cause the party "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. Pro. 26(c); *see also Foltz v. State Farm Mutual Auto Ins. Co.*, 331. F.3d 1122, 1135 (9th Cir. 2003) ("to retain any protected status for documents attached to a summary judgment motion, the proponent must meet the 'compelling reasons' standard and not the lesser 'good cause' determination [applicable to non-dispositive motions]"). Local Rules prohibit filing any document under seal except "pursuant to a Court order that authorizes the sealing of the particular document...." Civ. L.R. 79-5(a). Further, a court will only issue a sealing order if such a request "establishes that the document...is privileged or protected as a trade secret or otherwise entitled to protection under the law...[and] [t]he request must be narrowly tailored to seek sealing only of sealable material...." *Id.*

Plaintiff has good cause to seek an administrative order sealing Exhibit A because "specific prejudice or harm will result if no protective order is granted." *Foltz*, 331. F.3d at 1130, *citing Phillips v. Gen. Motors*, 307 F.3d 1206, 1210-11 (9th Cir. 2002). The parties to Exhibit A, as part of the agreement, agreed to keep the terms of the agreement confidential. The agreement contains specific financial information and other details that, if released, would work to the advantage of plaintiff's competitors and to the disadvantage of plaintiff. The financial arrangements plaintiff made with defendants was strictly between plaintiff and defendants, and was not designed to be shared with competitors or the general public. Plaintiff's right to enforce its agreement with defendants overrides the right of public access to the record.

The California Supreme Court explained that closure of a court hearing and, by inference, sealing of documents, may override the public interest in accessing these records when such actions are needed to protect a litigant's civil trial rights. *NBC Subsidiary (KNBC-TV), Inc. v. Superior Court*, 20 Cal. 4th 1178, 1222, n.46 (1999). The civil trial rights to be protected include those of a party bound by a contractual obligation not to disclose, as disclosure of a confidential agreement may deprive a litigant of his right to enforce a legal obligation. *Id., citing Publicker Indus. v. Cohen*, 733 F.2d 1059, 1073 (3d Cir. 1984). In this case, if plaintiff were forced to choose between filing its complaint without an order placing Exhibit A under seal or not filing at all, plaintiff would face an impossible dilemma. To file suit in such circumstances would arguably amount to a breach of the agreement's confidentiality provision. To not file suit would mean that plaintiff would be denied its day in court. Where, as here, disclosure of a confidential settlement agreement risks depriving plaintiff of his right to trial, sealing is necessary to protect plaintiff's civil trial rights.

Further, plaintiff has narrowly tailored its request such that *only* the agreement itself needs to be sealed. Plaintiff filed its complaint against defendants without redactions and without a request to seal any other portion of the complaint. Plaintiff attached the agreement as Exhibit A to the Complaint and seeks only to keep the agreement itself, and its specific terms, from the public record. Thus, plaintiff has tailored its request for sealing to the narrowest amount of information possible under the terms of the agreement.

## CONCLUSION

Plaintiff respectfully requests that Exhibit A to plaintiff's complaint be filed under seal pursuant to Civil Local Rules 7-11 and 79-5, as well as for the good cause shown by plaintiff's pending declaration and narrowly tailored proposed sealing order.

Dated: January 31, 2008

Respectfully Submitted,

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: *Howard A. Slavitt*
HOWARD A. SLAVITT
Attorneys for Plaintiff
RuSPORT, INC.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

11059.008.790630v1

4

NOTICE OF ADMIN. MOTION AND MEMO OF P'S & A's ISO OF ADMIN. MOTION

HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-has@cpdb.com,
         ef-cpm@cpdb.com

Attorneys for Plaintiff
RuSPORT, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RuSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN WILSON PLC, a company registered in England; and JUSTIN WILSON, an individual,<br><br>Defendants. | Case No. CV 08 0734<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>[CIV. LOCAL RULES 7-11, 79-5] |

11059.008.790651v1

1

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

  In conjunction with Plaintiff's Complaint, Plaintiff filed an Administrative Motion to File Document Under Seal with respect to Exhibit A to Plaintiff's Complaint. Exhibit A is an agreement between the Plaintiff and the Defendants, the terms of which require the parties to keep the agreement confidential. Based upon Plaintiff's Administrative Motion to File Document Under Seal and the declaration filed in support of that motion pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore, Plaintiff's Administrative Motion to File Document Under Seal is GRANTED. The following document shall be filed under seal:

- **Exhibit A to Plaintiff's Complaint**.

IT IS SO ORDERED.

Dated: _____        _____

                   UNITED STATES DISTRICT JUDGE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

11059.008.790651v1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL