1  HOWARD A. SLAVITT (State Bar No. 172840)
   COBLENTZ, PATCH, DUFFY & BASS LLP
2  One Ferry Building, Suite 200
   San Francisco, California  94111-4213
3  Telephone:  415.391.4800
   Facsimile:  415.989.1663
4  Email:   ef-has@cpdb.com,
              ef-cpm@cpdb.com
5
   Attorneys for Plaintiff
6  RuSPORT, INC.

**E-filing**

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11  RuSPORT, INC., a California Corporation,     Case No. **CV 08 0734**

12                Plaintiff,                      **DECLARATION OF HOWARD A.
                                                 SLAVITT IN SUPPORT OF**
13         vs.                                    **ADMINISTRATIVE MOTION TO FILE
                                                 DOCUMENT UNDER SEAL**
14  JUSTIN WILSON PLC, a company registered
15  in England; and JUSTIN WILSON, an
    individual,
16
                  Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

11059.008.790707v1                          1

**SLAVITT DECLARATION ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California  94111-4213
415.391.4800 • Fax 415.989.1663

I, Howard A. Slavitt, declare as follows:

1.      I am licensed to practice before this Court and am admitted to practice law in the State of California.  I am a partner with the law firm of Coblentz, Patch, Duffy & Bass LLP, counsel to Plaintiff RuSport, Inc. in the above-captioned case.  I make this declaration upon personal knowledge except where indicated.  If called upon to testify, I would testify competently hereto.

2.      Paragraph 8 of Plaintiff's Complaint incorporates Exhibit A of the Complaint ("Exhibit A").  Exhibit A is a racing services agreement between Plaintiff and Defendants in the above-captioned case.

3.      Exhibit A is properly sealable.  Exhibit A, by its own terms and by the agreement of the parties to the above-captioned case, contains confidential information.  Exhibit A states that the terms of the agreement should be treated confidentially and not disclosed to any other person.  Since the terms of the agreement are confidential, the entire agreement should be filed under seal.

4.      On information and belief, the information about the fees paid to defendants for Wilson's race car driving services, as specified in Exhibit A, is not publicly available to RuSport's competitors, and it has not been voluntarily shared with those competitors or other third parties.  Disclosure of the financial information specified in Exhibit A would create a risk of injury to RuSport because that information could be used by RuSport's competitors to their advantage and RuSport's disadvantage.

5.      I caused the Administrative Motion to File Under Seal, as well as all other papers filed along with the motion, to be delivered by e-mail and overnight mail to defendants' last known attorney, Blair C. Fensterstock.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this 31st day of January, 2008, at San Francisco, California.

By: _Howard A. Slavitt_
HOWARD A. SLAVITT

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 • FAX 415.989.1663

SLAVITT DECLARATION ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL