HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-has@cpdb.com,
ef-cpm@cpdb.com

Attorneys for Plaintiff
RuSPORT, INC.

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RuSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN WILSON PLC, a company registered in England; and JUSTIN WILSON, an individual,<br><br>Defendants. | Case No. CV 08 0734<br><br>**EXHIBIT A TO PLAINTIFF'S COMPLAINT**<br><br>**(REDACTED VERSION)** |

11059.008.790706v1