HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-has@cpdb.com,
       ef-cpm@cpdb.com

Attorneys for Plaintiff
RuSPORT, INC.

E-filing

MMC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RuSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN WILSON PLC, a company registered in England; and JUSTIN WILSON, an individual,<br><br>Defendants. | Case No. CV 08 0734<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL<br><br>[CIV. LOCAL RULES 7-11, 79-5] |

11059.008.790651v1                                1

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

1  In conjunction with Plaintiff's Complaint, Plaintiff filed an Administrative Motion to File Document Under Seal with respect to Exhibit A to Plaintiff's Complaint. Exhibit A is an agreement between the Plaintiff and the Defendants, the terms of which require the parties to keep the agreement confidential. Based upon Plaintiff's Administrative Motion to File Document Under Seal and the declaration filed in support of that motion pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore, Plaintiff's Administrative Motion to File Document Under Seal is GRANTED. The following document shall be filed under seal:

- **Exhibit A to Plaintiff's Complaint**.

IT IS SO ORDERED.

Dated: _____           _____
                                UNITED STATES DISTRICT JUDGE