HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-has@cpdb.com,

Attorneys for Plaintiff
RuSPORT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RuSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN WILSON PLC, a company registered in England; and JUSTIN WILSON, an individual,<br><br>Defendants. | Case No. CV 08-0734 MMC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE 41(a)(1)** |

Pursuant to Federal Rule 41(a)(1), plaintiff RuSport, Inc. voluntarily dismisses the above-captioned action without prejudice.

Dated: February 15, 2008         COBLENTZ, PATCH, DUFFY & BASS, LLP


By:        /s/
   HOWARD A. SLAVITT
   Attorneys for Plaintiff
   RuSPORT, INC.

13293.001.801221v1                    1                    Case No. CV 08-0734 MMC
NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE 41(a)(1)